# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| VALERIE WHITLOCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION FILE NO. |
| v. | * | 5:13-CV-77-CHW |
| | * | |
| GEORGIA DEPARTMENT OF | * | |
| CORRECTIONS, | * | |
| | * | |
| Defendant. | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal of this action with prejudice. All parties shall bear their own costs and attorneys' fees.

Respectfully submitted on March 31, 2014.

| | |
|---|---|
| /s Jennifer K. Coalson | /s Katherine Powers Stoff |
| Jennifer K. Coalson | Katherine Powers Stoff |
| Georgia Bar No. 266989 | Georgia Bar No. 536807 |
| Andrew Y. Coffman | OFFICE OF THE ATTORNEY GENERAL |
| Georgia Bar No. 173115 | 40 Capitol Square, S.W. |
| PARKS, CHESIN & WALBERT, P.C. | Atlanta, GA 30334-1300 |
| 75 Fourteenth St., Suite 2600 | (404) 656-3393 Telephone |
| Atlanta, GA 30309 | (404) 657-9932 Fax |
| (404) 873-8000 Telephone | kstoff@law.ga.gov |
| (404) 873-8050 Fax | *Counsel for Defendant* |
| jcoalson@pcwlawfirm.com | |
| acoffman@pcwlawfirm.com | |
| *Counsel for Plaintiff* | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| VALERIE WHITLOCK, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION FILE NO. |
| v. | * 5:13-CV-77-CHW |
| | * |
| GEORGIA DEPARTMENT OF | * |
| CORRECTIONS, | * |
| | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

I certify that, on March 31, 2014, I filed the foregoing **JOINT STIPULATION OF DISMISSAL** through the Court's CM/ECF system, which will send email notification of such filing to all attorneys of record in this matter.

/s Jennifer K. Coalson
Jennifer K. Coalson
Georgia Bar No. 266989
***Counsel for Plaintiff***